# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS & THERESA WALSH, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> Defendant(s). | Case No.: 8:17-cv-01847-JVS-KES <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

### ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 06, 2019

By: /s/ James V. Selna

James V. Selna

United States District Judge

- 1 -